UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE INDIANA LABORERS WELFARE FUND,  Plaintiff,  v.  JENNIFER VAN DALSEN,  Defendant. | No. 2:18-cv-00463-JPH-MJD |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Magistrate Judge Mark J. Dinsmore has entered a Report and Recommendation recommending that the Court grant Plaintiff's motion for summary judgment; deny Plaintiff's request for attorney fees, costs, and prejudgment interest; and enter judgment for Plaintiff in the amount of $1,462.19. Dkt. 36. The parties have had the opportunity to object but have not done so. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). The Court has considered and now **ADOPTS** the Report and Recommendation. Dkt. [36]. Plaintiff's motion for summary judgment is **GRANTED**. Dkt. [29]. Final judgment will issue by separate entry.

**SO ORDERED.**

Date: 3/25/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

JENNIFER VAN DALSEN
5907 S. 600 E.
Lafayette, IN 47909

Richard J. Shagley, II
WRIGHT SHAGLEY & LOWERY
richards@wslfirm.com